```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARSH JANAKKUMAR BHATT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:25-cv-09336 LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT; AND ORDER** |

The parties hereby stipulate to an extension of time for Defendant's response to Plaintiffs' complaint. Defendant will file his response on or before January 28, 2026.

Plaintiffs filed a complaint in which they seek adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. *See* Dkt. No. 1. United States Citizenship and Immigration Services ("USCIS") has adjudicated and approved the Form I-485 applications for all Plaintiffs. Plaintiff Lottey has requested additional time to allow for his and his spouse's permanent resident cards to arrive by mail.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 28, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation
C 3:25-cv-09336 LJC                                       1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 30, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: December 30, 2025

*/s/ Taranjit Singh Lottey*
TARANJIT SINGH LOTTEY
*Pro Se*

*/s/ Harsh Janakkumar Bhatt*
HARSH JANAKKUMAR BHATT
*Pro Se*

*/s/ Maulishkumar Subhashchandra Soni*
MAULISHKUMAR SUBHASHCHANDRA SONI
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 12, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.