UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSH JANAKKUMAR BHATT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, <br><br> Defendant. | Case No.  25-cv-09336-LJC <br><br> **ORDER REGARDING NOTICES OF VOLUNTARY DISMISSAL AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** <br><br> Re: Dkt. Nos. 12, 13, 14 |

On January 23, 2026, Plaintiffs (all of whom are proceeding pro se) filed three copies of the same Notice of Voluntary Dismissal, properly citing Rule 41(a)(1)(A)(i), which allows them to voluntarily dismiss their claims without prejudice before any Defendant has answered the Complaint or filed a motion for summary judgment.  ECF Nos. 12, 13, 14.  The docket text for each filing indicates that Plaintiffs filed one copy of each of the three Plaintiffs.  All three copies, however, were filed using Plaintiff Taranjit Singh Lottey's ECF account.

Civil Local Rule 5-1(i)(2) permits the Court to recognized the document as signed by Lottey because it was filed using Lottey's ECF credentials.  For the other two Plaintiffs who apparently signed the notice, however, Civil Local Rule 5-1(i)(3) requires Lottey to attest that each of the others consented to the filing of the document.  The fact that Plaintiffs filed a scanned image of the notice of dismissal excuses Lottey from "maintaining the paper record for subsequent production," but does not excuse Lottey from filing an attestation that the other Plaintiffs consented to the filing.  *See* Civ. L.R. 5-1(i)(3).[1]

---

[1] The same is true of Plaintiffs' Complaint, but because the Notices of Dismissal currently require action by the Clerk (to close the case) and the Complaint does not require any such action at this time, this Order focuses on the Notices of Dismissal.

Accordingly, Lottey is directed to file no later than February 2, 2026 a declaration stating that the other two Plaintiffs consented to filing the Notice of Dismissal with their signatures.  In the alternative, the other Plaintiffs may re-file the Notice of Dismissal using their own ECF accounts by the same deadline.  Once the Court is satisfied that all Plaintiffs consent to voluntary dismissal, the Clerk will dismiss the case.

If neither of those things happens by February 2, 2026, Plaintiffs are ORDERED TO SHOW CAUSE why their case should not be dismissed as moot in light of the representation (at least by Lottey) that all relief Plaintiffs sought has been granted.  If Plaintiffs do not cure the issue identified above regarding their signatures, they must file a response to this Order to Show Cause no later than February 9, 2026.

**IT IS SO ORDERED.**

Dated: January 29, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2